IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00677-EWN-OES

TAMARA J. FORTE,

Plaintiff,

vs.

DEUTSCHE BANK NATIONAL TRUST COMPANY;
CASTLE MEINHOLD & STAWIARSKI, LLC;
Castle Attorney JENNIE PUZIO;
Castle Attorney KRISTIN A. HAUPTMAN;
Castle Attorney CAREN CASTLE; and
Castle Attorney LARRY CASTLE,

Defendant.

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 20 2005

GREGORY C. LANGHAM
                    CLERK

---

## SUPPLEMENTAL RECOMMENDATION FOR DISMISSAL

**Entered by O. Edward Schlatter, United States Magistrate Judge.**

On October 18, 2005, I issued my Recommendation For Dismissal of this action, recommending dismissal with prejudice of this lawsuit, based upon plaintiff's failure to prosecute this case by obtaining service upon the defendants under Fed.R.Civ.P. 4(m) and failing to respond to my Order To Show Cause filed on October 3, 2005.

On October 19, 2005, I received in my chambers a letter from the plaintiff stating that she has not yet obtained service upon the defendants and agreeing that this case should be dismissed, but indicating that the dismissal should be without prejudice. Attached as Exhibit A to this Supplemental Recommendation is the plaintiff's letter. Notably, the letter is dated October 17, 2005; the letter was sent directly to my attention, and not properly filed with the court.

My Order To Show Cause, filed on October 3, 2005, clearly directed that plaintiff's response was due "by no later than October 17, 2005," and that it "shall be file[d] with the court." Plaintiff's belated letter is again evidence of her lack of diligence in prosecuting this case. Accordingly, I continue to **RECOMMEND** that this case be **DISMISSED** with prejudice for the reasons stated in my previous Recommendation.

The parties' rights to seek review or reconsideration of this supplemental recommendation, by filing objections within ten days, are attached hereto, and are entitled "Advisement Under Fed.R.Civ.P. 72.

Dated at Denver, Colorado, this 19th day of October, 2005.

BY THE COURT:

s/ O. Edward Schlatter

O. Edward Schlatter
United States Magistrate Judge

2

## ADVISEMENT UNDER FED. R. CIV. P. 72

Be advised that all parties shall have ten (10) days after service hereof to serve and file any written objections in order to obtain reconsideration by the District Judge to whom this case is assigned. FED. R. CIV. P. 72. The party filing objections must specifically identify those findings or recommendations to which the objections are being made. The District Court need not consider frivolous, conclusive or general objections. A party's failure to file such written objections to proposed findings and recommendations contained in this report may bar the party from a de novo determination by the District Judge of the proposed findings and recommendations. United States v. Raddatz, 447 U.S. 667, 676-83 (1980); 28 U.S.C. § 636(b)(1). Additionally, the failure to file written objections to the proposed findings and recommendations within ten (10) days after being served with a copy may bar the aggrieved party from appealing the factual and legal findings of the Magistrate Judge that are accepted or adopted by the District Court. Thomas v. Arn, 474 U.S. 140, 155 (1985); Moore v. United States, 950 F.2d 656, 659 (10th Cir. 1991); Niehaus v. Kansas Bar Ass'n, 793 F.2d 1159, 1164 (10th Cir. 1986).

October 17, 2005

Mr. Edward Schlatter, U.S. Magistrate
Alfred A. Arraj United States Courthouse
901 19th Street, Room A105
Denver, CO   80294-3589

RE: TAMARA J. FORTE vs. DEUTSCHE BANK NATIONAL TRUST COMPANY, et al.

Dear Mr. Schlatter:

  Hello.  In response to your Order to Show Cause, Plaintiff was unable to get the Defendant(s) served within the 120 day time frame.  I did not request assistance from the U.S. Marshal initially, because I wanted Defendant(s) served promptly, and without the added expense of using the U.S. Marshal.  Upon attempted service in May, 2005, Defendant(s) avoided service of process by lying to the process server.  For this reason, Plaintiff began seeking legal counsel for assistance with this case, and has yet to hire one.

  Therefore, I apologize for taking the Court's time with this matter, and agree with you that this case should be Dismissed Without Prejudice at this time, for reasons stated above.

  Thank You for your assistance and cooperation in this matter.

Yours truly,

*[signature]*

Tamara J. Forté, Plaintiff
2215 Cowhand Place
Pueblo, CO  81008
(719) 562-9814

Ex. A